NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 14a0609n.06

No. 13-5162

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 07, 2014
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) ON APPEAL FROM THE |
| | ) UNITED STATES DISTRICT |
| | ) COURT FOR THE WESTERN |
| RODNEY MONCRIEF SMITH, | ) DISTRICT OF KENTUCKY |
| | ) |
| Defendant-Appellant. | ) |
| ——————————————————— | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**BEFORE: BATCHELDER, Chief Judge; SILER and DONALD, Circuit Judges.**

**ALICE M. BATCHELDER, Chief Judge.** Appellant Rodney Moncrief Smith appeals the district court's denial of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Appellant contends that he is entitled to a sentence reduction based on the new mandatory minimum sentences for crack cocaine offenders contained in the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372 ("FSA"). He also argues that failing to apply the FSA's lowered minimum sentence violates his constitutional right to equal protection of the law and his right to be free from cruel and unusual punishment. In *United States v. Blewett*, 746 F.3d 647 (6th Cir. 2013) (en banc), *cert. denied*, 134 S. Ct. 1779 (2014), we held that the FSA's new mandatory minimums do not apply retroactively, *see id.* at 649, and that their prospective application does not violate an individual's right to equal protection of the law or his right to be

free from cruel and unusual punishment, *see id.* at 658–60. Our decision in *Blewett* governs the disposition of this appeal, and we AFFIRM the district court's denial of Appellant's motion based on our reasoning in *Blewett*.